UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JOSE PEDRO GUAMAN, on behalf of himself, individually, and on behalf of all others similarly-situated,

              Plaintiff,

v.

ENERGY PLUS NY CORP d/b/a ENERGY PLUS, and ENERGY PLUS NY INC d/b/a ENERGY PLUS, and MOSHE LEFKOWITZ, individually, and ABRAHAM LICHTENSTADTER, individually,

              Defendants.

**Docket No. 22-cv-07401 (PKC)(RML)**

**NOTICE OF ACCEPTANCE OF DEFENDANTS' RULE 68 OFFER OF JUDGMENT**

---

**PLEASE TAKE NOTICE** that pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs JOSE PEDRO GUAMAN, JOSE BRUNO GUAMAN, and HENRY MANJARREZ hereby accept Defendants' Rule 68 offer of judgment, attached hereto as Exhibit A.

Dated: Garden City, New York
         July 13, 2023

                                          Respectfully submitted,

                                          BORRELLI & ASSOCIATES, P.L.L.C.
                                          *Attorneys for Plaintiffs*
                                          910 Franklin Avenue, Suite 200
                                          Garden City, New York 11530
                                          Tel. No. (516) 248-5550
                                          Fax: (516) 248-6027

                                      By: _____
                                          MICHAEL J. BORRELLI (MB 8533)

**CERTIFICATE OF SERVICE**

    I, Michael J. Borrelli, Esq., hereby certify that on this date, May 1, 2023, a true and correct copy of the foregoing *Notice of Acceptance of Defendants' Rule 68 Offer of Judgment*, dated May 1, 2023, was served *via* ECF on the following:

Adam I. Kleinberg
SOKOLOFF STERN LLP
179 Westbury Ave.
Carle Place, NY 11514
akleinberg@sokoloffstern.com

_____
MICHAEL J. BORRELLI, ESQ.