UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JOSE PEDRO GUAMAN, on behalf of himself, individually, and on behalf of all others similarly-situated,

                Plaintiff,

v.

ENERGY PLUS NY CORP d/b/a ENERGY PLUS, and ENERGY PLUS NY INC d/b/a ENERGY PLUS, and MOSHE LEFKOWITZ, individually, and ABRAHAM LICHTENSTADTER, individually,

                Defendants.

**Docket No. 22-cv-07401 (PKC)(RML)**

**NOTICE OF ACCEPTANCE OF DEFENDANTS' RULE 68 OFFER OF JUDGMENT**

---

**PLEASE TAKE NOTICE** that pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs JOSE PEDRO GUAMAN, JOSE BRUNO GUAMAN, and HENRY MANJARREZ hereby accept Defendants' Rule 68 offer of judgment, attached hereto as Exhibit A.

Dated: Garden City, New York
        July 13, 2023

                                    Respectfully submitted,

                                    BORRELLI & ASSOCIATES, P.L.L.C.
                                    *Attorneys for Plaintiffs*
                                    910 Franklin Avenue, Suite 200
                                    Garden City, New York 11530
                                    Tel. No. (516) 248-5550
                                    Fax: (516) 248-6027

                          By: _____
                                    MICHAEL J. BORRELLI (MB 8533)

## **CERTIFICATE OF SERVICE**

I, Michael J. Borrelli, Esq., hereby certify that on this date, May 1, 2023, a true and correct copy of the foregoing *Notice of Acceptance of Defendants' Rule 68 Offer of Judgment*, dated May 1, 2023, was served *via* ECF on the following:

Adam I. Kleinberg
SOKOLOFF STERN LLP
179 Westbury Ave.
Carle Place, NY 11514
akleinberg@sokoloffstern.com

_____
MICHAEL J. BORRELLI, ESQ.

# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE PEDRO GUAMAN, on behalf of himself, individually, and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>v.<br><br>ENERGY PLUS NY CORP d/b/a ENERGY PLUS, and ENERGY PLUS NY INC d/b/a ENERGY PLUS, and MOSHE LEFKOWITZ, individually, and ABRAHAM LICHTENSTADTER, individually,<br><br>Defendants. | Docket No. 22-cv-07401<br>(PKC)(RML)<br><br>**RULE 68 OFFER** |

To:    Michael Borrelli, Esq.
       Borrelli & Associates, P.L.L.C.
       900 Franklin Avenue, Suite 200
       Garden City, NY 11530

Defendants, by and through their undersigned counsel and pursuant to Rule 68 of the Federal Rules of Civil Procedure, make the following offer of judgment to resolve, in their entirety, the federal claims asserted by plaintiffs Jose Pedro Guaman, Jose Bruno Guaman, and Henry Manjarrez (collectively "Plaintiffs"), in the above-captioned action:

1.    Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants hereby offer to allow Plaintiffs to take a judgment against ENERGY PLUS NY CORP. in this action with respect to Plaintiffs' claims arising under the Fair Labor Standards Act only, which are contained in the First Claim for Relief in Plaintiffs' Complaint, ECF 31, for the total of One Hundred Thousand Dollars and Zero Cents ($100,000.00), inclusive of attorneys' fees, costs, and expenses.

2. This judgment shall be in full satisfaction of all federal claims or rights that plaintiffs may have to damages arising under the Fair Labor Standards Act and its implementing regulation.

3. This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and is not to be construed as an admission of liability by any defendant, or any employee or agent of defendants, or any individual thereof; nor is it an admission that Plaintiffs have suffered any damages.

4. Upon acceptance of this offer, payment of $50,000.00 to be made within 30 days, and the remaining $50,000.00 to be paid within 60 days thereafter apportioned as follows and inclusive of claims for attorneys' fees:

   A.   $12,500.00 to Henry Manjarrez;

   B.   $12,500.00 to Jose Pedro Guaman;

   C.   $50,000.00 to Jose Bruno Guaman.

5. Defendants respectfully submit this offer of judgment. Plaintiffs must accept same, in writing, within fourteen (14) days after the service of this document or else the offer will be deemed withdrawn. *See* F.R.C.P. 68(b).

Dated: Carle Place, NY
       July 12, 2023

SO ORDERED.

*/s/ Pamela K. Chen*
UNITED STATES DISTRICT JUDGE

Date: July 18, 2023
      Brooklyn, NY

SOKOLOFF STERN LLP

By: _____
Adam I. Kleinberg
*Attorneys for Defendants*
179 Westbury Ave.
Carle Place, NY 11514
(516) 334-4500

-2-