UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOSE PEDRO GUAMAN, on behalf of himself,
individually, and on behalf of all others similarly
situated,

                                  Plaintiffs,                    JUDGMENT
      v.                                                    22-cv-07401-PKC-RML

ENERGY PLUS NY CORP d/b/a ENERGY PLUS,
and ENERGY PLUS NY INC d/b/a ENERGY PLUS,
and MOSHE LEFKOWITZ, individually, and
ABRAHAM LICHTENSTADTER, individually,

                                  Defendants.
----------------------------------------------------------------X

        A notice of acceptance of a Rule 68 Offer of Judgment having been filed on July 13, 2023; and defendants, having offered to allow entry of judgment to be taken against ENERGY PLUS NY CORP and in favor of Plaintiffs in the total of One Hundred Thousand Dollars and Zero Cents ($100,000.00), inclusive of attorneys' fees, costs, and expenses; it is

        ORDERED and ADJUDGED that judgment is entered in favor of Plaintiffs and against defendant ENERGY PLUS NY CORP, in the total of One Hundred Thousand Dollars and Zero Cents ($100,000.00), inclusive of attorneys' fees, costs, and expenses; and that upon acceptance of this offer, payment of $50,000.00 to be made within 30 days, and the remaining $50,000.00 to be paid within 60 days thereafter apportioned as follows and inclusive of claims for attorneys' fees:

        A. $12,500.00 to Henry Manjarrez;

        B. $12,500.00 to Jose Pedro Guaman;

        C. $50,000.00 to Jose Bruno Guaman.

Dated: Brooklyn, New York  Brenna B. Mahoney
       July 19, 2023  Clerk of Court

By:  */s/Jalitza Poveda*
     Deputy Clerk